UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> G.P.P., INC., d/b/a GUARDIAN INNOVATIVE SOLUTIONS, <br><br> Defendant. | No.  1:20-cv-01680-DAD-EPG <br><br> **New Case No.  1:20-cv-01680-DAD-SKO** <br><br> ORDER RELATING AND REASSIGNING CASE |
| G.P.P., INC., <br><br> Counter Claimant, <br><br> v. <br><br> GUARDIAN PROTECTION PRODUCTS, INC., <br><br> Counter Defendant. | |

A review of the complaint in the above-captioned case reveals that it is related under this court's Local Rule 123(a) to the following related action pending before Magistrate Judge Sheila K. Oberto:  *G.P.P. Inc. d/b/a Guardian Innovative Solutions v. Guardian Protection Products, Inc.*, 1:15-cv-00321-SKO.  Accordingly, assignment of the above-captioned action to the undersigned and to Magistrate Judge Sheila K. Oberto will promote efficiency and economy for the court and the parties.

1

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort.  L.R. 123(c).

Such good cause appearing here, the court orders that the above-captioned action be reassigned to the undersigned and Magistrate Judge Sheila K. Oberto and that it be related to *G.P.P. Inc. d/b/a Guardian Innovative Solutions v. Guardian Protection Products, Inc*., 1:15-cv-00321-SKO.  The documents in the above-captioned action shall bear the new case number reflected above.

IT IS SO ORDERED.

Dated:  **March 18, 2021**

_____
UNITED STATES DISTRICT JUDGE