1  CALVIN E. DAVIS (SBN: 101640)
   cdavis@grsm.com
2  AARON P. RUDIN (SBN 223004)
   arudin@grsm.com
3  MICHAEL J. WRIGHT (SBN: 231789)
   mwright@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
5  Los Angeles, CA 90071
   Telephone: (213) 576-5000
6  Facsimile: (213) 680-4470

7  Attorneys for Plaintiff
   GUARDIAN PROTECTION PRODUCTS, INC.
8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation, | Case No. 1:20-CV-01680-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| v. | (Doc. 40) |
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation, | Complaint filed November 24, 2020<br>Counterclaim filed February 22, 2021<br>Trial: November 29, 2022<br>Pre-Trial Conference: October 5, 2022 |
| Defendant. | |
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation, | |
| Counterclaimant, | |
| v. | |
| GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation, | |
| Counter-defendant. | |

Pursuant to the Court's Scheduling Order [Dkt. No. 30] and L.R. 143, Plaintiff/Counter-defendant Guardian Protection Products, Inc. ("Guardian") and Defendant/Counterclaimant G.P.P. Inc. d/b/a Guardian Innovative Solutions ("GIS") hereby submit the following stipulation

-1-
STIPULATION TO MODIFY SCHEDULING ORDER

1   and proposed order to modify the scheduling order.''

2       WHEREAS, on April 16, 2021, this Court issued a Scheduling Order in this matter

3   setting the following discovery and motion deadlines:

4       Non-Expert Discovery: December 17, 2021

5       Expert Disclosures: January 24, 2022

6       Rebuttal Expert Disclosures: February 23, 2022

7       Expert Discovery: March 25, 2022

8       Non-Disposition Motion Filing: March 25, 2022

9       Non-Dispositive Motion Hearing: April 27, 2022

10      Dispositive Motion Filing: May 9, 2022

11      WHEREAS, on June 24, 2021, this Court issued an Order Setting Briefing Schedule and

12  Resetting Pretrial Conference and Trial, setting trial for December 7, 2021 in the related case

13  entitled *G.P.P., Inc. d/b/a Guardian Innovative Solutions v. Guardian Protections Products, Inc.,*

14  *et al.*, Case No. 1:15-cv-00321-SKO;

15      WHEREAS, in light of the pending trial date set in the related matter after the Scheduling

16  Order was issued in this matter, the parties believe that an additional three (3) month extension

17  on the above discovery/motion deadlines is reasonable and necessary.  The proposed extension

18  will not interfere with the other deadlines set by this court, including the Pre-Trial Conference

19  and Trial Dates, currently set for October 5, 2022 and November 29, 2022, respectively;

20      ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the parties that

21  the Scheduling Order [Dkt. No. 30] be modified as follows:

22      Non-Expert Discovery: March 25, 2022

23      Expert Disclosures: April 22, 2022

24      Rebuttal Expert Disclosures: May 23, 2022

25      Expert Discovery: June 24, 2022

26      Non-Disposition Motion Filing: June 24, 2022

27      Non-Dispositive Motion Hearing: July 27, 2022

28      Dispositive Motion Filing: August 8, 2022

**Gordon Rees Scully Mansukhani LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1  IT IS SO STIPULATED

3  Dated: October 15, 2021               GORDON REES SCULLY MANSUKHANI, LLP

5                                         By:   */s/ Aaron P. Rudin*
                                                Calvin E. Davis
                                                Aaron P. Rudin
6                                               Emerson H. Kim
                                                Attorneys for Plaintiff and Counter-
7                                               Defendant GUARDIAN PROTECTION PRODUCTS, INC.

9  Dated: October 15, 2021               WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

11                                        By:   */s/ Dylan J. Liddiard*
                                                Dylan J. Liddiard
12                                              Attorneys for Defendant and Counter-
                                                Claimant G.P.P., INC. d/b/a   GUARDIAN INNOVATIVE SOLUTIONS
                                                (as authorized on October 14, 2021)

**ORDER**

Pursuant to the parties' above stipulation (Doc. 40), and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 30) is modified as follows:

| Event | Prior Date | Continued Date |
| --- | --- | --- |
| Non-Expert Discovery | December 17, 2021 | March 25, 2022 |
| Expert Disclosures | January 24, 2022 | April 22, 2022 |
| Rebuttal Expert Disclosures | February 23, 2022 | May 23, 2022 |
| Expert Discovery | March 25, 2022 | June 24, 2022 |
| Non-Dispositive Motion Filing | March 25, 2022 | June 24, 2022 |
| Non-Dispositive Motion Hearing | April 27, 2022 | July 27, 2022 |
| Dispositive Motion Filing | May 9, 2022 | August 8, 2022 |
| Pretrial Conference | October 5, 2022 | November 16, 2022 at 2:30 p.m.[1] |
| Trial | November 29, 2022 | January 10, 2023 |

IT IS SO ORDERED.

Dated:   **October 15, 2021**             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Although not requested by the parties, the Court has continued the pretrial conference and trial on its own motion to allow adequate time for the Court to rule on the parties' dispositive motions and to permit the parties sufficient time to prepare their pretrial submissions and for trial.