1  CALVIN E. DAVIS  (SBN: 101640)
   cdavis@grsm.com
2  AARON P. RUDIN  (SBN 223004)
   arudin@grsm.com
3  MICHAEL J. WRIGHT  (SBN: 231789)
   mwright@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
5  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
6  Facsimile:  (213) 680-4470

7  Attorneys for Plaintiff
   GUARDIAN PROTECTION PRODUCTS, INC.
8

9                UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>              Defendant. | CASE NO. 1:20-CV-01680-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER; DECLARATION OF AARON P. RUDIN IN SUPPORT**<br><br>(Doc. 44)<br><br>Complaint filed November 24, 2020<br>Counterclaim filed February 22, 2021<br>Trial: July 11, 2023<br>Pre-Trial Conference: May 24, 2023 |
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>              Counterclaimant,<br><br>       vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>              Counter-defendant. | |

       Pursuant to the Court's modified Scheduling Order [Dkt. No. 41], Order to Modify Scheduling Order [Dkt. No. 43] and L.R. 143, Plaintiff/Counter-Defendant Guardian Protection Products, Inc. ("Guardian") and Defendant/Counterclaimant G.P.P. Inc. d/b/a Guardian Innovative Solutions ("GIS") hereby submit the following stipulation and proposed order to

1 further modify the Scheduling Order.

2   WHEREAS, on April 16, 2021, this Court issued a Scheduling Order [Dkt. No. 30] in

3 this matter;

4   WHEREAS, on October 15, 2021 the parties submitted a Stipulation and Proposed Order

5 to modify the scheduling order [Dkt. No. 40] and the Court modified the Scheduling Order [Dkt.

6 No. 41].

7   WHEREAS, on February 3, 2022, the parties submitted a Further Stipulation and

8 Proposed Order to modify the scheduling order [Dkt. No. 41], and the Court modified the

9 Scheduling Order setting the following dates:

10   Non-Expert Discovery: September 23, 2022

11   Expert Disclosures: October 25, 2022

12   Rebuttal Expert Disclosures: November 28, 2022

13   Expert Discovery: December 28, 2022

14   Non-Dispositive Motion Filing: December 28, 2022

15   Non-Dispositive Motion Hearing: January 25, 2023

16   Dispositive Motion Filing: February 1, 2023

17   Pretrial Conference: May 24, 2023

18   Trial: July 11, 2023

19   WHEREAS, following a week-long trial, on December 13, 2021, this Court issued a final

20 judgment [Dkt. No. 499] in the related case entitled *G.P.P., Inc. d/b/a Guardian Innovative*

21 *Solutions v. Guardian Protections Products, Inc., et al.*, Case No. 1:15-cv-00321-SKO;

22   WHEREAS, on April 15, 2022, GIS filed a Notice of Appeal in the related matter [Dkt.

23 No. 513];

24   WHEREAS, on April 22, 2022, Guardian filed a Notice of Appeal in the related matter

25 [Dkt. No. 516];

26   WHEREAS, June 7, 2022 the Ninth Circuit Court of Appeal issued an Order setting a

27 briefing schedule for the Appeal in the related matter with GIS's first cross-appeal brief currently

28 due August 12, 2022, Guardian's second cross-appeal brief currently due September 12, 2022,

Gordon Rees Scully Mansukhani LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

GIS's third cross-appeal brief is due October 12, 2022 and Guardian's option reply brief on cross-appeal is due twenty-one days thereafter.

WHEREAS, in light of the current and foreseeable appellate activity in the related matter, the parties believe that an additional six (6) month extension on the above deadlines is reasonable and necessary to avoid a potential waste of judicial resources and those of the parties and promote efficiency and economy for the court and the parties;

WHEREAS, absent an extension, the parties would be required to complete discovery, along with potential non-dispositive and dispositive motions, in this matter at the same time they are engaged in a pending appeal in the related matter the outcome of which could potentially impact these proceedings, which would result in duplication of effort and unduly and unnecessarily strain the resources of both parties and their counsel.

ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the parties that the Scheduling Order [Doc. 43] be further modified as follows:

Non-Expert Discovery: March 20, 2023

Expert Disclosures: April 24, 2023

Rebuttal Expert Disclosures: May 24, 2023

Expert Discovery: June 28, 2023

Non-Dispositive Motion Filing: June 28, 2023

Non-Dispositive Motion Hearing: July 26, 2023

Dispositive Motion Filing: August 2, 2023

Pretrial Conference: November 15, 2023

Trial: January 22, 2024

IT IS SO STIPULATED.

Dated:  August 4, 2022        GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Aaron P. Rudin*
Calvin E. Davis
Aaron P. Rudin
Michael J. Wright
Attorneys for Plaintiff and Counter-Defendant GUARDIAN PROTECTION PRODUCTS, INC.

Dated: August 4, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dylan J. Liddiard
Dylan J. Liddiard
Attorneys for Defendant and Counter-Claimant G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS
(as authorized on August 2, 2022)

## ORDER

Pursuant to the parties' above stipulation (Doc. 44), and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 43) is modified as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | September 23, 2022 | March 20, 2023 |
| Expert Disclosures | October 25, 2022 | April 24, 2023 |
| Rebuttal Expert Disclosures | November 28, 2022 | May 24, 2023 |
| Expert Discovery | December 28, 2022 | June 28, 2023 |
| Non-Dispositive Motion Filing | December 28, 2022 | June 28, 2023 |
| Non-Dispositive Motion Hearing | January 25, 2023 | August 2, 2023[1] |
| Dispositive Motion Filing | February 1, 2023 | August 2, 2023 |
| Pretrial Conference | May 24, 2023 | November 15, 2023, at 2:30 p.m. |
| Trial | July 11, 2023 | January 23, 2024[2] |

IT IS SO ORDERED.

Dated: **August 4, 2022**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Local Rule 230, as amended on March 1, 2022, civil motions are to be heard not less than thirty-five (35) days after service and filing of the motion. *See* E.D. Cal. L.R. 230(b).
[2] Magistrate Judge Sheila K. Oberto generally schedules trials to begin on Tuesdays.