1  CALVIN E. DAVIS (SBN: 101640)
   cdavis@grsm.com
2  AARON P. RUDIN (SBN: 223004)
   arudin@grsm.com
3  AMANDA A. GARCIA (SBN: 331043)
   aagarcia@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
5  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
6  Facsimile:  (213) 680-4470

7  Attorneys for Plaintiff
   GUARDIAN PROTECTION PRODUCTS, INC.
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>                    Defendant. | CASE NO. 1:20-CV-01680-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER; DECLARATION OF AARON P. RUDIN IN SUPPORT**<br><br>**(Doc. 48)**<br><br>Complaint Filed: November 24, 2020<br>Counterclaim Filed: February 22, 2021<br>Trial: January 23, 2024<br>Pre-Trial Conference: November 15, 2023 |
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>                    Counterclaimant,<br><br>    vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>                    Counter-defendant. | |

Pursuant to the Court's modified Scheduling Order [Dkt. No. 46] and L.R. 143, Plaintiff/Counter-Defendant Guardian Protection Products, Inc. ("Guardian") and Defendant/Counterclaimant G.P.P. Inc. d/b/a Guardian Innovative Solutions ("GIS") hereby submit the following stipulation and proposed order to further modify the Scheduling Order.

1   WHEREAS, on April 16, 2021, this Court issued a Scheduling Order [Dkt. No. 30] in
2 this matter;

3   WHEREAS, on October 14, 2021 the parties submitted a Stipulation and Proposed Order
4 to modify the scheduling order [Dkt. No. 40], and on October 15, 2021, the Court modified the
5 Scheduling Order [Dkt. No. 41];

6   WHEREAS, following a week-long trial, on December 13, 2021, this Court issued a final
7 judgment [Dkt. No. 499] in the related case entitled *G.P.P., Inc. d/b/a Guardian Innovative
8 Solutions v. Guardian Protections Products, Inc., et al.*, Case No. 1:15-cv-00321-SKO;

9   WHEREAS, on February 3, 2022, the parties submitted a Further Stipulation and
10 Proposed Order to modify the scheduling order [Dkt. No. 42], and on February 4, 2022, the
11 Court modified the Scheduling Order [Dkt. No. 43];

12   WHEREAS, on April 15, 2022, GIS filed a Notice of Appeal in the related matter [Dkt.
13 No. 513];

14   WHEREAS, on April 22, 2022, Guardian filed a Notice of Appeal in the related matter
15 [Dkt. No. 516];

16   WHEREAS, on August 3, 2022, the parties submitted a Further Stipulation and Proposed
17 Order to modify the scheduling order [Dkt. No. 44], and on February 5, 2022, the Court modified
18 the Scheduling Order [Dkt. No. 46] setting the following dates:

| Event | Date |
|---|---|
| Non-Expert Discovery | March 20, 2023 |
| Expert Disclosures | April 24, 2023 |
| Rebuttal Expert Disclosures | May 24, 2023 |
| Expert Discovery | June 28, 2023 |
| Non-Dispositive Motion Filing | June 28, 2023 |
| Non-Dispositive Motion Hearing | August 2, 2023 |
| Dispositive Motion Filing | August 2, 2023 |
| Pretrial Conference | November 15, 2023 |
| Trial | January 23, 2024 |

1 WHEREAS, on September 12, 2022, GIS filed its Opening Brief for the Appeal in the related matter;

3 WHEREAS, on November 14, 2022, Guardian filed its Principal and Response Brief for the Appeal in the related matter;

5 WHEREAS, on January 13, 2023, GIS filed its Response and Reply Brief for the Appeal in the related matter;

7 WHEREAS, Guardian's optional reply brief for the Appeal in the related matter is currently due March 6, 2023;

9 WHEREAS, on January 18, 2023, the Ninth Circuit issued an Order for the Appeal in the related matter stating that oral argument, if any, will be set in due course;

11 WHEREAS, in light of the current and foreseeable appellate activity in the related matter, the parties believe that an additional six (6) month extension on the above deadlines is reasonable and necessary to avoid a potential waste of judicial resources and those of the parties and promote efficiency and economy for the court and the parties;

15 WHEREAS, absent an extension, the parties would be required to complete discovery, along with potential non-dispositive and dispositive motions, in this matter at the same time they are engaged in a pending appeal in the related matter the outcome of which could potentially impact these proceedings, which would result in duplication of effort and unduly and unnecessarily strain the resources of both parties and their counsel.

20 ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the parties that the Scheduling Order [Dkt. No. 46] be further modified as follows:

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Gordon Rees Scully Mansukhani LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

| Event | Proposed Date |
|---|---|
| Non-Expert Discovery | September 20, 2023 |
| Expert Disclosures | October 24, 2023 |
| Rebuttal Expert Disclosures | November 27, 2023 |
| Expert Discovery | January 2, 2024 |
| Non-Dispositive Motion Filing | January 2, 2024 |
| Non-Dispositive Motion Hearing | February 7, 2024 |
| Dispositive Motion Filing | February 14, 2024 |
| Pretrial Conference | May 15, 2024 |
| Trial | July 23, 2024 |

IT IS SO STIPULATED.

Dated:  January 30, 2023			GORDON REES SCULLY MANSUKHANI, LLP

					By:	*/s/ Aaron P. Rudin* \_\_\_\_\_
						Calvin E. Davis
						Aaron P. Rudin
						Amanda A. Garcia
						Attorneys for Plaintiff and Counter-Defendant
						GUARDIAN PROTECTION PRODUCTS, INC.

Dated:  January 30, 2023			WILSON SONSINI GOODRICH & ROSATI
						Professional Corporation

					By:	*/s/ Jason Mollick*_____
						Dylan J. Liddiard
						Jason Mollick
						Attorneys for Defendant and Counter-
						Claimant G.P.P., INC. d/b/a GUARDIAN
						INNOVATIVE SOLUTIONS
						(as authorized on January 30, 2023)

## **ORDER**

Finding good cause therefore (Fed. R. Civ. P. 16(b)(4)), the parties' stipulation is hereby approved. Accordingly, IT IS HEREBY ORDERED that the case schedule (Doc. 46) is MODIFIED as follows:

| **Event** | **Prior Date** | **Continued Date** |
|---|---|---|
| Non-Expert Discovery | March 20, 2023 | September 20, 2023 |
| Expert Disclosures | April 24, 2023 | October 24, 2023 |
| Rebuttal Expert Disclosures | May 24, 2023 | November 27, 2023 |
| Expert Discovery | June 28, 2023 | January 2, 2024 |
| Non-Dispositive Motion Filing | June 28, 2023 | January 2, 2024 |
| Non-Dispositive Motion Hearing | August 2, 2023 | February 7, 2024 |
| Dispositive Motion Filing | August 2, 2023 | February 14, 2024 |
| Deadline to Request Settlement Conference Date (see below) | n/a | May 29, 2024 |
| Pretrial Conference | November 15, 2023 | May 15, 2024, at 2:30 p.m. |
| Trial | January 23, 2024 | August 27, 2024, at 8:30 a.m. |

Unless all the parties affirmatively request that the assigned trial judge participate in the conference and waive in writing any claim of disqualification on that basis to act as the trial judge in the action thereafter, the assigned trial judge shall not conduct the settlement conference. *See* E.D. Cal. L.R. 270(b). Accordingly, the Settlement Conference will at this time be set before another Magistrate Judge, who holds Settlement Conferences on Tuesdays and Thursdays at 1:00 p.m.

///

///

///

///

///

Counsel are to meet and confer and discuss the advantages of and possibilities for settlement with each other, and with their respective clients, to help ensure that a Settlement Conference will be productive. By no later than **May 29, 2024**, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference.

IT IS SO ORDERED.

Dated:   **January 31, 2023**                               /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE