CALVIN E. DAVIS (SBN: 101640)
cdavis@grsm.com
AARON P. RUDIN (SBN: 223004)
arudin@grsm.com
REBECCA KRIKORIAN (SBN: 334882)
rkrikorian@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Plaintiff
GUARDIAN PROTECTION PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>Defendant.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>Counter-defendant. | CASE NO. 1:20-CV-01680-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER; DECLARATION OF AARON P. RUDIN IN SUPPORT**<br><br>**(Doc. 50)**<br><br>Complaint Filed: November 24, 2020<br>Counterclaim Filed: February 22, 2021<br>Trial: August 27, 2024<br>Pre-Trial Conference: May 15, 2024 |

Pursuant to the Court's modified Scheduling Order [Dkt. No. 49] and L.R. 143, Plaintiff/Counter-Defendant Guardian Protection Products, Inc. ("Guardian") and Defendant/Counterclaimant G.P.P. Inc. d/b/a Guardian Innovative Solutions ("GIS") hereby submit the following stipulation and proposed order to further modify the Scheduling Order.

-1-
STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

1   WHEREAS, on April 16, 2021, this Court issued a Scheduling Order [Dkt. No. 30] in
2 this matter;
3   WHEREAS, on October 14, 2021 the parties submitted a Stipulation and Proposed Order
4 to modify the scheduling order [Dkt. No. 40], and on October 15, 2021, the Court modified the
5 Scheduling Order [Dkt. No. 41];
6   WHEREAS, following a week-long trial, on December 13, 2021, this Court issued a final
7 judgment [Dkt. No. 499] in the related case entitled *G.P.P., Inc. d/b/a Guardian Innovative*
8 *Solutions v. Guardian Protections Products, Inc., et al.*, Case No. 1:15-cv-00321-SKO;
9   WHEREAS, on February 3, 2022, the parties submitted a Further Stipulation and
10 Proposed Order to modify the scheduling order [Dkt. No. 42], and on February 4, 2022, the
11 Court modified the Scheduling Order [Dkt. No. 43];
12   WHEREAS, on April 15, 2022, GIS filed a Notice of Appeal in the related matter [Dkt.
13 No. 513];
14   WHEREAS, on April 22, 2022, Guardian filed a Notice of Appeal in the related matter
15 [Dkt. No. 516];
16   WHEREAS, on August 3, 2022, the parties submitted a Further Stipulation and Proposed
17 Order to modify the scheduling order [Dkt. No. 44], and on February 5, 2022, the Court modified
18 the Scheduling Order [Dkt. No. 46]
19   WHEREAS, on September 12, 2022, GIS filed its Opening Brief for the Appeal in the
20 related matter;
21   WHEREAS, on November 14, 2022, Guardian filed its Principal and Response Brief for
22 the Appeal in the related matter;
23   WHEREAS, on January 13, 2023, GIS filed its Response and Reply Brief for the Appeal
24 in the related matter;
25   WHEREAS, on January 30, 2023, the parties submitted a Further Stipulation and
26 Proposed Order to modify the scheduling order [Dkt. No. 48], and on January 31, 2023, the
27 Court modified the Scheduling Order [Dkt. No. 49] setting a May 29, 2024 Deadline to Request
28 Settlement Conference and the following dates:

| Event | Continued Date |
|---|---|
| Non-Expert Discovery | September 20, 2023 |
| Expert Disclosures | October 24, 2023 |
| Rebuttal Expert Disclosures | November 27, 2023 |
| Expert Discovery | January 2, 2024 |
| Non-Dispositive Motion Filing | January 2, 2024 |
| Non-Dispositive Motion Hearing | February 7, 2024 |
| Dispositive Motion Filing | February 14, 2024 |
| Pretrial Conference | May 15, 2024 at 2:30 p.m. |
| Trial | August 27, 2024 at 8:30 a.m. |

WHEREAS, on June 23, 2023, Oral Argument took place before the Ninth Circuit in the related matter;

WHEREAS, on July 3, 2023, the Ninth Circuit affirmed this court's entry of judgment;

WHEREAS, on July 25, 2025, the Ninth Circuit issued its Mandate;

WHEREAS, in an effort to avoid potential waste of judicial resources and those of parties, the parties awaited the Ninth Circuit decision in the related case before engaging in extensive litigation in this case;

WHEREAS, as of the filing of this stipulation, the parties have not completed the discovery process;

WHEREAS, absent an extension, the parties would be required to complete non-expert discovery in less than sixty days pursuant to the modified scheduling order entered on January 31, 2023;

WHEREAS, considering the Ninth Circuit's decision affirming the district court's judgment in the related case and issuing its mandate on July 25, 2023, the parties believe that an additional extension on the above deadlines is reasonable and necessary in order to provide the parties with adequate time to conduct and complete discovery, prepare any non-dispositive or

1  dispositive motions, and otherwise prepare for trial without unnecessarily straining the resources
2  of both parties and their counsel;
3  WHEREAS, the parties have previously requested four extensions of time in this matter,
4  with each extension premised on the appeal that was pending before the Ninth Circuit in the
5  related matter and the parties do not anticipate they will need to seek any further extensions.
6  ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the parties that
7  the Scheduling Order [Dkt. No. 49] be further modified as follows:

| Event | Proposed Date |
|---|---|
| Non-Expert Discovery | May 20, 2024 |
| Expert Disclosures | June 17, 2024 |
| Rebuttal Expert Disclosures | July 15, 2024 |
| Expert Discovery | August 12, 2024 |
| Non-Dispositive Motion Filing | August 12, 2024 |
| Non-Dispositive Motion Hearing | September 18, 2024 |
| Dispositive Motion Filing | September 25, 2024 |
| Pretrial Conference | December 11, 2024 |
| Trial | February 25, 2025 |

IT IS SO STIPULATED.

Dated: August 22, 2023                    GORDON REES SCULLY MANSUKHANI, LLP

                                          By:   */s/ Aaron P. Rudin*
                                                Calvin E. Davis
                                                Aaron P. Rudin
                                                Amanda A. Garcia
                                                Attorneys for Plaintiff and Counter-Defendant
                                                GUARDIAN PROTECTION PRODUCTS, INC.

*Gordon Rees Scully Mansukhani LLP*
*633 West Fifth Street, 52nd Floor*
*Los Angeles, CA 90071*

1 | Dated: August 22, 2023                         WILSON SONSINI GOODRICH & ROSATI

By:   */s/ Jason Mollick*_____
      Dylan J. Liddiard
      Jason Mollick
      Attorneys for Defendant and Counter-
      Claimant G.P.P., INC. d/b/a GUARDIAN
      INNOVATIVE SOLUTIONS
      (as authorized on August 22, 2023)

**Gordon Rees Scully Mansukhani LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**

-5-
STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

# **ORDER**

Finding good cause therefore (Fed. R. Civ. P. 16(b)(4)), the parties' foregoing stipulation (Doc. 50) is hereby approved. Accordingly, IT IS HEREBY ORDERED that the operative case schedule (Doc. 49) is MODIFIED as follows:

| Event | Prior Date | Continued Date |
| --- | --- | --- |
| Non-Expert Discovery | September 20, 2023 | May 20, 2024 |
| Expert Disclosures | October 24, 2023 | June 17, 2024 |
| Rebuttal Expert Disclosures | November 27, 2023 | July 15, 2024 |
| Expert Discovery | January 2, 2024 | August 12, 2024 |
| Non-Dispositive Motion Filing | January 2, 2024 | August 12, 2024 |
| Non-Dispositive Motion Hearing | February 7, 2024 | September 18, 2024 |
| Dispositive Motion Filing | February 14, 2024 | September 18, 2024[1] |
| Dispositive Motion Hearing | n/a | October 23, 2024 |
| Deadline to Request Settlement Conference | May 29, 2024 | November 27, 2024 |
| Pretrial Conference | May 15, 2024, at 2:30 p.m. | December 18, 2024, at 2:30 p.m.[2] |
| Trial | August 27, 2024, at 8:30 a.m. | February 25, 2025, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **August 24, 2023**            /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court advances the dates surrounding the dispositive motions in order to afford the parties time to prepare for the pre-trial conference.
[2] The date for the pre-trial conference is continued pursuant to the Court's schedule.