

United States District Court
Eastern District of California

| GUARDIAN PROTECTION PRODUCTS | Case Number: 1:20-CV-01680-SKO |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| G.P.P., INC. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, CASSIE BLACK hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: G.P.P., Inc.

On 05/16/2018 (date), I was admitted to practice and presently in good standing in the 2nd Appellate Division - New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/05/2024          Signature of Applicant: /s/ *Cassie Black*

**Pro Hac Vice Attorney**

Applicant's Name: CASSIE BLACK
Law Firm Name: WILSON SONSINI GOODRICH & ROSATI PC
Address: 1301 AVENUE OF THE AMERICAS
40th Floor
City: NEW YORK    State: NY    Zip: 10019
Phone Number w/Area Code: (212) 999-5800
City and State of Residence: NEW YORK
Primary E-mail Address: CBLACK@WSGR.COM
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dylan Grace Savage
Law Firm Name: WILSON SONSINI GOODRICH & ROSATI PC
Address: 1301 AVENUE OF THE AMERICAS
40th Floor
City: NEW YORK    State: NY    Zip: 10019
Phone Number w/Area Code: (212) 999-5800    Bar #: 310452

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/9/2024

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT