| | |
|---|---|
| 1 | CALVIN E. DAVIS, State Bar No. 101640 |
| 2 | AARON P. RUDIN, State Bar No. 223004 |
|   | REBECCA KRIKORIAN, State Bar No. 334882 |
| 3 | GORDON REES SCULLY MANSUKHANI, LLP |
|   | 633 West Fifth Street, 52nd Floor |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 576-5000 |
| 5 | Facsimile: (213) 680-4470 |
|   | Email: cdavis@grsm.com |
| 6 |         arudin@grsm.com |
|   |         rkrikorian@grsm.com |

*Attorneys for Plaintiff/ CounterDefendant Guardian Protection Products, Inc.*

DYLAN J. LIDDIARD, State Bar No. 203055
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

JOHN P. FLYNN, State Bar No. 141094
COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: jflynn@wsgr.com
       cbal@wsgr.com

DYLAN G. SAVAGE, State Bar No. 310452
CASSIE L. BLACK (*pro hac vice*)
SAMANTHA ARNOLD (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: dsavage@wsgr.com
       cblack@wsgr.com
       sarnold@wsgr.com

STUART A. WILLIAMS (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
375 Southpointe Boulevard
Canonsburg, Pennsylvania 15317
Telephone: (917) 288-5094
Facsimile: (866) 974-7329
Email: swilliams@wsgr.com

*Attorneys for Defendant/Counterclaimant G.P.P., Inc.*

UNITED STATES DISTRICT COURT

CASE NO. 1:20-CV-01680-SKO

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. 1:20-CV-01680-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint filed: November 24, 2020<br>Counterclaim filed: February 22, 2021<br>Pre-Trial Conference: June 18, 2025, at 2:30 p.m.<br>Trial: August 12, 2025, at 8:30 a.m. |
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,<br><br>Counter-defendant. | (Doc. 60) |

Pursuant to the Court's modified Scheduling Order [Dkt. No. 54] and L.R. 143, Plaintiff/Counterdefendant Guardian Protection Products, Inc. ("Guardian") and Defendant/Counterclaimant G.P.P. Inc. d/b/a Guardian Innovative Solutions ("GIS") hereby submit the following stipulation and proposed order to further modify the Scheduling Order.

WHEREAS, on April 16, 2021, this Court issued a Scheduling Order [Dkt. No. 30] in this matter;

WHEREAS, on October 14, 2021 the parties submitted a Stipulation and Proposed Order to modify the scheduling order [Dkt. No. 40], and on October 15, 2021 the Court modified the Scheduling Order [Dkt. No. 41];

WHEREAS, following a week-long trial, on December 13, 2021, this Court issued a final judgment [Dkt. No. 499] in the related case entitled *G.P.P., Inc. d/b/a Guardian Innovative*

*Solutions v. Guardian Protections Products, Inc., et al.*, Case No. 1:15-cv-00321-SKO (the "Related Case");

WHEREAS, on February 3, 2022, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order based largely on the status of the Related Case [Dkt. No. 42], and on February 4, 2022, the Court modified the Scheduling Order [Dkt. No. 43];

WHEREAS, on August 3, 2022, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order based largely on the status of the Related Case [Dkt. No. 44], and on August 5, 2022, the Court modified the Scheduling Order [Dkt. No. 46];

WHEREAS, on January 30, 2023, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order based largely on the status of the Related Case [Dkt. No. 48], and on January 31, 2023, the Court modified the Scheduling Order [Dkt. No. 49];

WHEREAS, on August 22, 2023, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order [Dkt. No. 50], and on August 24, 2023, the Court modified the Scheduling Order [Dkt. No. 51];

WHEREAS, on April 17, 2024, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order [Dkt. No. 53], and on April 18, 2024, the Court modified the Scheduling Order [Dkt. No. 54] as follows:

| Event | Continued Date |
|---|---|
| Non-Expert Discovery | September 13, 2024 |
| Expert Disclosures | September 27, 2024 |
| Rebuttal Expert Disclosures | October 11, 2024 |
| Expert Discovery | October 25, 2024 |
| Non-Dispositive Motion Filing | October 25, 2024 |
| Non-Dispositive Motion Hearing | December 4, 2024 |
| Dispositive Motion Filing | February 7, 2025 |

| Dispositive Motion Hearing | March 19, 2025 |
|---|---|
| Deadline to Request Settlement Conference | May 14, 2025, or 90 days before trial, whichever is later |
| Pretrial Conference | June 18, 2025, at 2:30 p.m. |
| Trial | August 12, 2025, at 8:30 a.m. |

WHEREAS, the parties have submitted expert disclosures and expert rebuttal disclosures in this matter;

WHEREAS, the parties have been attempting to complete expert discovery within the continued date;

WHEREAS, due to limited expert availability, absent an extension, the parties would be required to complete expert depositions after the continued date of October 25, 2024;

WHEREAS, the parties are seeking an extension to allow for the completion of expert discovery and the filing of non-dispositive motions;

WHEREAS, the parties are not seeking to modify the dispositive motion or trial dates as established in the Scheduling Order [Dkt. No. 54];

WHEREAS, the parties believe that the extensions requested herein are reasonable and necessary in order to provide the parties with adequate time to complete expert discovery and prepare any non-dispositive motions without unnecessarily straining the resources of both parties and their counsel;

ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the parties that the Scheduling Order [Dkt. No. 54] be further modified as follows:

| Event | Continued Date |
|---|---|
| Expert Discovery | November 15, 2024 |
| Non-Dispositive Motion Filing | November 15, 2024 |
| Non-Dispositive Motion Hearing | December 18, 2024 |
| Dispositive Motion Filing | February 7, 2025 |
| Dispositive Motion Hearing | March 19, 2025 |
| Deadline to Request Settlement Conference | May 14, 2025, or 90 days before trial, whichever is later |
| Pretrial Conference | June 18, 2025, at 2:30 p.m. |
| Trial | August 12, 2025, at 8:30 a.m. |

IT IS SO STIPULATED.

Dated: October 16, 2024                      GORDON REES SCULLY MANSUKHANI, LLP


By:   */s/ Aaron P. Rudin*
    Calvin E. Davis
    Aaron P. Rudin
    Rebecca Krikorian
    Attorneys for Plaintiff and Counter-Defendant
    GUARDIAN PROTECTION PRODUCTS, INC.

| | | |
|---|---|---|
| Dated: October 16, 2024 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: | */s/ Dylan G. Savage*<br>Dylan G. Savage<br>Attorneys for Defendant and Counter-Claimant G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS<br>(as authorized on October 15, 2024) |

**ORDER**

Finding good cause therefore (*see* Fed. R. Civ. P. 16(b)(4)), the parties' stipulation (Doc. 60) is hereby approved.  Accordingly, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 54) is MODIFIED as follows:

| Event | Continued Date |
|---|---|
| Expert Discovery | November 15, 2024 |
| Non-Dispositive Motion Filing | November 15, 2024 |
| Non-Dispositive Motion Hearing | January 8, 2025[1] |
| Dispositive Motion Filing | February 7, 2025 |
| Dispositive Motion Hearing | March 19, 2025 |
| Deadline to Request Settlement Conference | May 14, 2025 |
| Pretrial Conference | June 18, 2025, at 2:30 p.m. |
| Trial | August 12, 2025, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **October 16, 2024**            /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Local Rule 230(c), and in order to accommodate the federal holidays, the hearing date has been continued.