# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., <br><br>  Plaintiff/Counter-defendant, <br><br> v. <br><br> G.P.P., Inc., <br><br>  Defendant/Counterclaimant. | Case No. 1:20-cv-01680-SKO <br><br> **ORDER GRANTING G.P.P INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE ON "MOTION TO EXTEND FACT DISCOVERY DEADLINE AND TO PERMIT DISCLOSURE UNDER THE PROTECTIVE ORDER"** <br><br> (Doc. 63) |

Before the Court is Defendant/Counterclaimant G.P.P. Inc., d/b/a Guardian Innovative Solutions ("GIS")'s "Ex Parte Application to Shorten Time" (Doc. 63), which the Court construed as a motion for administrative relief under E.D. Cal. L.R. 233 (Doc. 64). After considering the motion and the opposition filed by Plaintiff/Counter-defendant Guardian Protection Products, Inc. ("Guardian") (Doc. 65)[1], the Court finds that GIS has shown good cause for an order shortening time in view of the recently amended stipulated case schedule,[2] *see* E.D. Cal. Local Rule 144(e), and GRANTS the motion. Accordingly, the Court sets the following briefing schedule for GIS's

---

[1] Guardian's arguments in opposition to the administrative motion are directed predominantly to the merits GIS's underlying substantive motion (s*ee* Doc. 65 at 4–5) and are therefore beyond the scope of the Court's inquiry under Local Rules 144 and 233. Guardian will have the opportunity to raise these arguments pursuant to the briefing schedule set forth herein.

[2] The Court observes that the parties filed a stipulation to modify the case schedule, which the Court granted, **two days** before GIS filed the underlying motion seeking to further modify the schedule. (*See* Docs. 60 & 61.)

"Motion to Extend Fact Discovery Deadline and to Permit Disclosure under the Protective Order" (Doc. 62):

1. Guardian's opposition, or statement of non-opposition, is due by no later than **October 30, 2024**; and

2. GIS may file an optional reply by no later than **November 4, 2024**.

The Court will then take the matter under submission without oral argument pursuant to E.D. Cal. Local Rule 230(g).

IT IS SO ORDERED.

Dated:   **October 23, 2024**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE