CALVIN E. DAVIS, State Bar No. 101640
AARON P. RUDIN, State Bar No. 223004
REBECCA KRIKORIAN, State Bar No. 334882
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@grsm.com
        arudin@grsm.com
        rkrikorian@grsm.com

*Attorneys for Plaintiff/Counterdefendant*
*Guardian Protection Products, Inc.*

DYLAN J. LIDDIARD, State Bar No. 203055
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

JOHN P. FLYNN, State Bar No. 141094
COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email:  jflynn@wsgr.com
        cbal@wsgr.com

DYLAN G. SAVAGE, State Bar No. 310452
CASSIE L. BLACK (*pro hac vice*)
SAMANTHA ARNOLD (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: dsavage@wsgr.com
        cblack@wsgr.com
        sarnold@wsgr.com

STUART A. WILLIAMS (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
375 Southpointe Boulevard
Canonsburg, Pennsylvania 15317
Telephone: (917) 288-5094
Facsimile: (866) 974-7329
Email: swilliams@wsgr.com

*Attorneys for Defendant/Counterclaimant*
*G.P.P., Inc.*

1
2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

3
4
5
6

GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,

                  Plaintiff,

7
8
9

    vs.

G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,

                  Defendant.

10
11
12
13
14
15
16

G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, a Pennsylvania corporation,

               Counterclaimant,

    vs.

GUARDIAN PROTECTION PRODUCTS, INC., a Delaware corporation,

              Counterdefendant.

CASE NO. 1:20-CV-01680-SKO

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

**(Doc. 72)**

Complaint filed: November 24, 2020
Counterclaim filed: February 22, 2021
Pre-Trial Conference: June 18, 2025, at 2:30 p.m.
Trial: August 12, 2025, at 8:30 a.m.

17
18
19
20
21
22

      Pursuant to the Court's modified Scheduling Order set forth in its November 14, 2024 Order (Doc. 69) and L.R. 143, Plaintiff/Counterdefendant Guardian Protection Products, Inc. ("Guardian") and Defendant/Counterclaimant G.P.P. Inc. d/b/a Guardian Innovative Solutions ("GIS") hereby submit the following stipulation and proposed order to further modify the Scheduling Order.

23
24

      WHEREAS, on April 16, 2021, this Court issued a Scheduling Order (Doc. 30) in this matter;

25
26
27

      WHEREAS, on October 14, 2021 the parties submitted a Stipulation and Proposed Order to modify the scheduling order (Doc. 40), and on October 15, 2021 the Court modified the Scheduling Order (Doc. 41);

28

1      WHEREAS, following a week-long trial, on December 13, 2021, this Court issued a final

2  judgment (Doc. 499) in the related case entitled *G.P.P., Inc. d/b/a Guardian Innovative Solutions*

3  *v. Guardian Protections Products, Inc., et al.*, Case No. 1:15-cv-00321-SKO (the "Related Case");

4      WHEREAS, on February 3, 2022, the parties submitted a Further Stipulation and

5  Proposed Order to modify the scheduling order based largely on the status of the Related Case

6  (Doc. 42), and on February 4, 2022, the Court modified the Scheduling Order (Doc. 43);

7      WHEREAS, on August 3, 2022, the parties submitted a Further Stipulation and Proposed

8  Order to modify the scheduling order based largely on the status of the Related Case (Doc. 44),

9  and on August 5, 2022, the Court modified the Scheduling Order (Doc. 46);

10      WHEREAS, on January 30, 2023, the parties submitted a Further Stipulation and Proposed

11  Order to modify the scheduling order based largely on the status of the Related Case (Doc. 48),

12  and on January 31, 2023, the Court modified the Scheduling Order (Doc. 49);

13      WHEREAS, on August 22, 2023, the parties submitted a Further Stipulation and

14  Proposed Order to modify the scheduling order (Doc. 50), and on August 24, 2023, the Court

15  modified the Scheduling Order (Doc. 51);

16      WHEREAS, on April 17, 2024, the parties submitted a Further Stipulation and Proposed

17  Order to modify the scheduling order (Doc. 53), and on April 18, 2024, the Court modified the

18  Scheduling Order (Doc. 54);

19      WHEREAS, on October 15, 2024, the parties submitted a Further Stipulation and

20  Proposed Order to modify the scheduling order (Doc. 60), and on October 16, 2024, the Court

21  modified the Scheduling Order (Doc. 61);

22      WHEREAS, on October 16, 2024, GIS filed a motion to extend fact discovery to permit

23  additional fact discovery and to permit disclosure under the protective order (Doc. 62), and, on

24  November 14, 2024, the Court granted GIS' motion (Doc. 69), modifying the Scheduling Order

25  as follows:

26

27

28

| Event | Continued Date |
|---|---|
| Non-Expert Discovery | December 20, 2024 |
| Expert Disclosures | January 8, 2025 |
| Rebuttal Expert Disclosures | January 22, 2025 |
| Expert Discovery | February 5, 2025 |
| Non-Dispositive Motion Filing | February 5, 2025 |
| Non-Dispositive Motion Hearing | March 12, 2025 |
| Dispositive Motion Filing | February 7, 2025 |
| Dispositive Motion Hearing | February 12, 2025 |
| Deadline to Request Settlement Conference | May 14, 2025, or 90 days before trial, whichever is later |
| Pretrial Conference | June 18, 2025, at 2:30 p.m. |
| Trial | August 12, 2025, at 8:30 a.m. |

WHEREAS, the parties have worked in good faith to complete the remaining discovery, but due to certain scheduling matters and circumstances outside their control, those efforts remain ongoing;

WHEREAS, the parties are seeking a short extension to allow for the completion of the remaining discovery and corresponding adjustments to the filing of both non-dispositive and dispositive motions;

WHEREAS, the requested extension will not require, and the parties are not seeking, any modification of the trial dates as established in the Court's November 14, 2024 Order (Doc. 69);

WHEREAS, the parties believe that the extensions requested herein are reasonable and necessary in order to provide the parties with adequate time to complete the remaining discovery and prepare any associated motions;

ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the parties that the Scheduling Order set out in this Court's November 14, 2024 order (Doc. 69) be further modified as follows:

| Event | Continued Date |
|---|---|
| Expert Disclosures | January 21, 2025 |
| Rebuttal Disclosures | February 5, 2025 |
| Expert Discovery | February 19, 2025 |
| Non-Dispositive Motion Filing | February 19, 2025 |
| Non-Dispositive Motion Hearing | March 26, 2025 |
| Dispositive Motion Filing | February 26, 2025 |
| Dispositive Motion Hearing | April 2, 2025 |
| Deadline to Request Settlement Conference | May 14, 2025, or 90 days before trial, whichever is later |
| Pretrial Conference | June 18, 2025, at 2:30 p.m. |
| Trial | August 12, 2025, at 8:30 a.m. |

IT IS SO STIPULATED.

Dated:  January 10, 2025

GORDON REES SCULLY MANSUKHANI, LLP


By:   */s/ Aaron P. Rudin*
Calvin E. Davis
Aaron P. Rudin
Rebecca Krikorian
Attorneys for Plaintiff/Counterdefendant
GUARDIAN PROTECTION PRODUCTS, INC.

1

Dated:  January 10, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      */s/ Dylan G. Savage*
Dylan G. Savage
Attorneys for Defendant/Counterclaimant
G.P.P., INC. d/b/a GUARDIAN
INNOVATIVE SOLUTIONS

1

**<u>ORDER</u>**

2      Finding good cause therefore (see Fed. R. Civ. P. 16(b)(4)), the parties' stipulation (Doc.

3 72) is hereby approved.  Accordingly, IT IS HEREBY ORDERED that the Scheduling Order

4 (Doc. 69) is MODIFIED as follows:

5

6

| Event | Continued Date |
|-------|----------------|
| Expert Disclosures | January 21, 2025 |
| Rebuttal Disclosures | February 5, 2025 |
| Expert Discovery | February 19, 2025 |
| Non-Dispositive Motion Filing | February 19, 2025 |
| Non-Dispositive Motion Hearing | March 26, 2025 |
| Dispositive Motion Filing | February 26, 2025 |
| Dispositive Motion Hearing | April 2, 2025 |
| Deadline to Request Settlement Conference | May 14, 2025, or 90 days before trial, whichever is later |
| Trial | August 12, 2025, at 8:30 a.m. |

7

8

9

10

11

12

13

14

15 IT IS SO ORDERED.

16 Dated:   **January 10, 2025**                    /s/ *Sheila K. Oberto*

17                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

1

### DECLARATION OF DYLAN G. SAVAGE

2

I, Dylan G. Savage, declare as follows:

3

1.      I am an attorney at law duly authorized to practice before the United States

4

District Court for the Eastern District of California. I am a Partner with the law firm of Wilson

5

Sonsini Goodrich & Rosati P.C. ("WSGR"), counsel of record for Defendant/Counterclaimant

6

G.P.P. Inc., d/b/a Guardian Innovative Solutions ("GIS") in the above captioned action. I am

7

familiar with the facts and circumstances in the above-entitled matter as they relate to this

8

Declaration, and if called upon, I could and would testify competently thereto.

9

2.      On April 16, 2021, this Court issued a Scheduling Order [Dkt. No. 30] in this

10

matter.

11

3.      On October 14, 2021 the parties submitted a Stipulation and Proposed Order to

12

modify the scheduling order [Dkt. No. 40], and on October 15, 2021 the Court modified the

13

Scheduling Order [Dkt. No. 41].

14

4.      Following a week-long trial, on December 13, 2021, this Court issued a final

15

judgment [Dkt. No. 499] in the related case entitled *G.P.P., Inc. d/b/a Guardian Innovative*

16

*Solutions v. Guardian Protections Products, Inc., et al*., Case No. 1:15-cv-00321-SKO (the

17

"Related Case").

18

5.      On February 3, 2022, the parties submitted a Further Stipulation and Proposed

19

Order to modify the scheduling order based largely on the status of the Related Case [Dkt. No.

20

42], and on February 4, 2022, the Court modified the Scheduling Order [Dkt. No. 43].

21

6.      On August 3, 2022, the parties submitted a Further Stipulation and Proposed

22

Order to modify the scheduling order based largely on the status of the Related Case [Dkt. No.

23

44], and on August 5, 2022, the Court modified the Scheduling Order [Dkt. No. 46].

24

7.      On January 30, 2023, the parties submitted a Further Stipulation and Proposed

25

Order to modify the scheduling order based largely on the status of the Related Case [Dkt. No.

26

48], and on January 31, 2023, the Court modified the Scheduling Order [Dkt. No. 49].

27

28

8.      On August 22, 2023, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order [Dkt. No. 50], and on August 24, 2023, the Court modified the Scheduling Order [Dkt. No. 51].

9.      On April 17, 2024, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order [Dkt. No. 53], and on April 18, 2024, the Court modified the Scheduling Order [Dkt. No. 54];

10.     On October 15, 2024, the parties submitted a Further Stipulation and Proposed Order to modify the scheduling order [Dkt. No. 60], and on October 16, 2024, the Court modified the Scheduling Order [Dkt. No. 61];

11.     On October 16, 2024, GIS filed a motion to extend fact discovery to permit additional fact discovery and to permit disclosure under the protective order [Dkt. No. 62], and, on November 14, 2024, the Court granted GIS' motion [Dkt. No. 69], modifying the Scheduling Order as follows:

| Event | Continued Date |
|---|---|
| Non-Expert Discovery | December 20, 2024 |
| Expert Disclosures | January 8, 2025 |
| Rebuttal Expert Disclosures | January 22, 2025 |
| Expert Discovery | February 5, 2025 |
| Non-Dispositive Motion Filing | February 5, 2025 |
| Non-Dispositive Motion Hearing | March 12, 2025 |
| Dispositive Motion Filing | February 7, 2025 |
| Dispositive Motion Hearing | February 12, 2025 |
| Deadline to Request Settlement Conference | May 14, 2025, or 90 days before trial, whichever is later |
| Pretrial Conference | June 18, 2025, at 2:30 p.m. |
| Trial | August 12, 2025, at 8:30 a.m. |

12.     The parties have worked in good faith to complete the remaining discovery, but due to certain scheduling matters and circumstances outside their control, those efforts remain ongoing;

13.     The parties are seeking a short extension to allow for the completion of the remaining discovery and corresponding adjustments to the filing of both non-dispositive and dispositive motions;

14.     The requested extension will not require, and the parties are not seeking, any modification of the trial dates as established in the Court's November 14, 2024 Order [Dkt. No. 69];

15.     The parties believe that the extensions requested herein are reasonable and necessary in order to provide the parties with adequate time to complete the remaining discovery and prepare any associated motions;

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 8, 2025 in New York City, New York.

Dated: January 8, 2025                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          /s/ Dylan G. Savage
                                          Dylan G. Savage
                                          1301 Avenue of the Americas, 40th Floor
                                          New York, NY 10019
                                          Telephone: (212) 999-5800
                                          Facsimile: (866) 974-7329
                                          Email: dsavage@wsgr.com

                                          Attorneys for Defendant/Counterclaimant G.P.P.,
                                          Inc.