# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN PROTECTION PRODUCTS, INC., | Case No. 1:20-cv-01680-SKO |
| Plaintiff/Counter-defendant, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | (Doc. 121) |
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, | |
| Defendant/Counterclaimant. | |

On June 20, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 121.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 23, 2025**                          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE